AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>541 Palomas Drive SE Apt A<br>Albuquerque, NM. 87108 | ) ) ) ) ) ) ) ) Case No. 22-MR-1646 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before   November 18, 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Jerry Ritter  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   11/04/2022 8:49 am                                  _____
                                                                                                          *Judge's signature*

City and state:     Albuquerque, NM.                                   Hon. Jerry Ritter U.S. Magistrate Judge
                                                                                                          *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: AL07PR23AL0001 | Date and time warrant executed: 11/04/2022   09:00 am | Copy of warrant and inventory left with: at address 541 Palomas Dr SE, Albuquerque, NM |
| Inventory made in the presence of : Group Supervisor Todd Schoenberger and HSI Agent Jack Johnson | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

-9 Cell phones
-Bulk Cash
-Miscellaneous Documents

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/04/2022

*Executing officer's signature*
Tennyson Martinez, Special Agent
*Printed name and title*

## ATTACHMENT A

The TARGET PREMISES is located at 541 Palomas Drive SE Apartment A, Albuquerque, NM. The premises consists of split room tan brick apartment with a brown shingle roof near the corner of Palomas Drive and Bell Avenue. The residence has a side entrance with a metal security door and sliding glass door on the opposite side. The residence is the side closest to Palomas Drive





## ATTACHMENT B

## ITEMS TO BE SEARCHED AND/OR SEIZED

1. Illegally smuggled or undocumented persons.

2. Large amounts of currency, financial instruments, precious metals, jewelry and other items of value and/or proceeds of human smuggling transactions.

3. Any and all customer lists, lists of human smuggling payees, lists of persons to be smuggled or lists of persons who have been smuggled illegally into the United States, travel records, smuggler records, or any notes containing the individual names of such persons, telephone numbers, addresses of these customers or other persons to be illegally smuggled, and any corresponding records of accounts receivable, money paid or received, or cash received to pay for human smuggling or intended to pay for human smuggling efforts.

4. Telephone and address books or notes containing telephone numbers and addresses of co-conspirators.

5. Telephone toll records for homes and/or businesses owned or controlled by suspected co-conspirators, or other communication devices used by them and/or their human smuggling associates.

6. Messages, notes, correspondence, and/or communications between human smugglers and their co-conspirators.

7. Any and all financial or other instruments evidencing placement of assets in the names other than the names of the human smugglers themselves.

8. Books, records, receipts, diaries, notes, ledgers, airline tickets, cashier's checks, money orders and other papers relating to the transportation of suspected undocumented non-citizens.

9. Firearms and ammunition, including handguns, rifles, shotguns and automatic weapons.

10. Any and all computers, cellular devices, digital media, and storage media that reasonably appear to contain some or all of the records, information, and/or evidence described in Attachment B. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data).